UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| T-MOBILE NORTHEAST LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAWRENCE,<br>CITY OF LAWRENCE ZONING<br>BOARD OF APPEALS and RICHARD<br>CONSOLI, RICHARD RIVERA,<br>FRANK CAMPOS and BEATRICE<br>TAVERAS, in their Capacities<br>as members of the CITY OF<br>LAWRENCE ZONING BOARD OF<br>APPEALS<br><br>Defendants. | Civil Action No. 1:17-cv-11136 |

Notice of Appearance of Michael A. Kippins

To The Clerk Of The Above-Named Court:

    Kindly enter my Notice of Appearance for the Plaintiff, T-Mobile Northeast LLC, in the above-captioned matter.

                                  T-MOBILE NORTHEAST LLC

                                  By its attorney,

                                  */s/Michael A. Kippins*
                                  Michael A. Kippins (BBO #688613)
                                  mkippins@princelobel.com
                                  Prince Lobel Tye LLP
                                  One International Place, Suite 3700
                                  Boston, MA 02110
                                  T: 617-456-8000
                                  F: 617-456-8100

## CERTIFICATE OF SERVICE

    I, Michael A. Kippins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 20, 2017.

*/s/Michael A. Kippins*
Michael A. Kippins
